UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JOHN MODENA,

        Plaintiff,                Case No. 1:11-cv-60

v.

                                     Honorable Paul L. Maloney

UNITED STATES OF AMERICA,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $350.00 civil action filing fee.


Dated: June 9, 2011                        /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge